IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

KATIE M. JAMES,

    Plaintiff,

vs.                                            CASE NO. 1:07CV204-SPM/AK

ELLIS WORLD ALLIANCE,

    Defendants.

_____/

## O R D E R

Presently before the Court in the above entitled action is the Joint Motion to Extend Discovery, Motion and Mediation Deadlines. (Doc. 22). Having considered said motion, the Court is of the opinion that it should be **GRANTED**, and the following deadlines are hereby set as follows:

    Discovery: **August 28, 2008**

    Motions: **September 15, 2008**

    Mediation Conference: **September 15, 2008**

The trial is presently set for **October 6, 2008**, and shall remain as scheduled. (See Doc. 15). If the parties have not settled this case by September 15, 2008, they shall move to continue the trial.

    **DONE AND ORDERED** this  _14th_ day of May, 2008.

                               _s/ A. KORNBLUM_
                               **ALLAN KORNBLUM**
                               **UNITED STATES MAGISTRATE JUDGE**