IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

KATIE M. JAMES,

    Plaintiff,

vs.                            CASE NO.: 1:07-CV-204-SPM

ELLIS WORLD ALLIANCE
CORPORATION,
a Florida corporation,

    Defendant.
_____/

**ORDER GRANTING DEFENSE COUNSEL MOTIONS TO WITHDRAW**

Upon consideration, the "Motion to Withdraw as Counsel for Ellis World Alliance Corporation" (doc. 28) is *granted*. Heather M. Gwinn and the law firm of Coffman, Coleman, Andrews & Grogan, P.A. are permitted to withdraw and are relieved from further responsibility as counsel for Defendant in this case. Additionally, the "Motion[s] to Withdraw as Counsel and to Continue All Deadlines" (docs. 29 and 30) are also *granted*. Lead counsel, William H. Andrews, at the law firm of GrayRobinson is also permitted to withdraw as counsel of record for Defendant. Furthermore, the request for a 90-day continuance of all deadlines is *granted* in order for Defendant to have time to locate and retain new counsel.

SO ORDERED this sixth day of August, 2008.

                                             *s/ Stephan P. Mickle*
                                             Stephan P. Mickle
                                             United States District Judge